UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| John B. Ramirez,<br>Ronald J. Channels<br><br>    Petitioners,<br><br>    v.<br><br>United States of America,<br><br>    Respondent. | No. SACV 14-01299-JLS-AN |

JUDGMENT

Plaintiffs John B. Ramirez and Ronald J. Channels filed an amended complaint against the United States. (Doc. No. 10.) The amended complaint included five causes of action: (1) retaliatory audits and harassment in violation of the IRS Reform Act of 1998, (2) violations of 26 U.S.C. § 7609(a)(1), (3) violations of 26 U.S.C. § 7435, (4) extortion, and (5) abuse of process.

On March 11, 2015, the Court dismissed counts 1, 2, 4, and 5 with prejudice for lack of subject matter jurisdiction. (Doc. No. 20.) The Court dismissed count 3 without prejudice for failure to state a claim, but gave Plaintiffs 21 days to amend their claim.

Plaintiffs failed to amend their claim within 21 days.

Accordingly, the Court now orders that all of Plaintiffs' claims are dismissed with prejudice. Judgment is entered in favor of the United States and against Plaintiffs John B. Ramirez and Ronald J. Channels on all claims. Plaintiffs shall not receive damages or any other form of relief.

**IT IS SO ORDERED.**

Dated: May 05, 2015

_____
Honorable Josephine L. Staton
United States District Judge